

# IN THE
# TENTH COURT OF APPEALS

**No. 10-16-00248-CR**
**No. 10-16-00249-CR**
**No. 10-16-00250-CR**

**WAYMON LEON WEBSTER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court Nos. 15-02647-CRM-85,**
**15-03061-CRF-85, and 15-03062-CRF-85**

## O R D E R

Waymon Leon Webster was convicted of three offenses: failure to identify, theft, and tampering with evidence. He appealed each and each was set up as a separate appeal: 10-16-00248-CR (failure to ID); 10-16-00249-CR (theft); and 10-16-00250-CR (tampering). A clerk's record was filed in each appeal. However, the appellate time table in each of these appeals is no longer on track. This is partly due to the Court filing the reporter's record, which contained the single proceeding for all three convictions, in only

one appeal, that being 10-16-00250-CR. We have discovered this oversight and have now filed the reporter's record from 10-16-00250-CR in appellate case numbers 10-16-00248-CR and 10-16-00249-CR.

The Court's calendar shows that Webster's brief is past due in appellate case number 10-16-00250-CR but is not yet due in the other two appeals. Because all three charges were heard in one proceeding and contained in one reporter's record, there is no reason to have one appeal on a separate timetable from the other two.

Accordingly, we will reset the appellate timetable in all three appeals by deeming the reporter's record in each appeal filed as of the date of this Order. Webster must file his brief in each appeal within 30 days from the date of this Order. *See* TEX. R. APP. P. 38.6(a)(2).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed January 18, 2017

